

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00210-CR
No. 02-21-00211-CR

BRIAN RENFROW, Appellant

V.

THE STATE OF TEXAS

---

On Appeal from the 396th District Court
Tarrant County, Texas
Trial Court Nos. 1642460D, 1657340D

---

## ABATEMENT ORDER

On the court's own motion, we abate these appeals to the trial court to make the following findings regarding appointment of trial counsel:

- Determine whether Lynda Tarwater was appointed as trial counsel to replace Zachary Ferguson as trial counsel or whether she was appointed in addition to Mr. Ferguson;

- If Ms. Tarwater was appointed to replace Mr. Ferguson, determine whether (1) her appointment was required under Code of Criminal Procedure Article 1.051(k)(1)–

(2) and Article 26.04(j)(2) and make findings in support thereof, or (2) whether her appointment was required under Article 26.04(k) and make a finding in support thereof; and

- Make any additional findings as necessary, such as who requested the substitution or addition.

The supplemental clerk's record containing these findings is due in this court no later than **Thursday, August 11, 2022,** unless additional time is requested. Upon the filing of the supplemental clerk's record, the appeals will be reinstated without further order.

The clerk of this court is directed to transmit a copy of this order to the attorneys of record, the trial court clerk, the trial court judge, and the court reporter.

Dated August 1, 2022.

Per Curiam